**Order entered October 21, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00411-CV

### TONYA PARKS, Appellant

### V.

### AFFILIATED BANK, AFFILIATED BANK FSB, AFFILIATED BANK FSB, INC., BANCAFFILIATED, INC., JOSHUA CAMPBELL AND KATHERINE CAMPBELL, Appellees

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-19-01614-B

### ORDER

I voluntarily recuse myself from hearing any matter involving Tonya Parks as a party.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE